## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**DAVID GORDY,**

**Plaintiff,**

**v.**                                                     **Case No. 3:17-cv-201-J-39MCR**

**VYSTAR CREDIT UNION,**

**Defendant.**
_____/

## ORDER

**THIS MATTER** comes before the Court on the Notice of Settlement (Doc. 24; Notice) filed on March 19, 2018. In the Notice, Plaintiff advises the Court that this case has been resolved and the parties are working to finalize the settlement agreement. See Notice at 1.

Accordingly, it is hereby

**ORDERED:**

1.     The final pretrial conference scheduled for July 25, 2018 is **CANCELLED** and this case is **REMOVED** from the August 6, 2018 trial term.

2.     The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

3.     The parties shall have until **May 18, 2018**, to file a joint stipulated form of final order or judgment or move this Court upon good cause to reopen the case.

4.     If the parties have not so stipulated or moved the Court by the **May 18, 2018** deadline, this case automatically will be dismissed without prejudice, and the Clerk shall **close** the file without further order of the Court.

DONE and ORDERED in Jacksonville, Florida this 20th day of March, 2018.

BRIAN J. DAVIS
United States District Judge

*Copies furnished to:*

Counsel of Record
Unrepresented Parties

*ap*